In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00465-CV

_____

NIKKI K. FENNER, Appellant

V.

HUDSON AND KEYSE, LLC, Appellee

On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 110734

MEMORANDUM OPINION

The appellant, Nikki K. Fenner, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
LEANNE JOHNSON
Justice

Submitted on May 16, 2018
Opinion Delivered May 17, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.